**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7469**

JOHN KEITH SMITH,

        Plaintiff - Appellant,

    v.

V. THOMAS, Captain, Commanding, V.B.C.C.; C. L. HIGHTOWER,
Lieutenant, H.G.C., V.B.C.C.; MIRALES, Deputy, C.G., V.B.C.C.;
R. WHEELER, Deputy, Security, V.B.C.C.; J. KENNEDY, Deputy,
Security, V.B.C.C.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:10-cv-00172-HEH)

Submitted: April 19, 2012        Decided: April 24, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Keith Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Keith Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Thomas, No. 3:10-cv-00172-HEH (E.D. Va. Oct. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED